FULL NAME: EIVAR ARROYO
COMMITTED NAME (if different): ✓✓ ✓✓ ✓✓
FULL ADDRESS INCLUDING NAME OF INSTITUTION: 4436 Calle Real
SANTA BARBARA CA 93110
PRISON NUMBER (if applicable): #0212225


FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2022
CENTRAL DISTRICT OF CALIFORNIA
BY RO    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EIVAR ARROYO

PLAINTIFF,

v.

AL EMONDI AND All other (N3) Brain-storm" Project Personnel.

DEFENDANT(S).

CASE NUMBER
2:22-cv-00698-ODW-KS
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not __NO PROCESS AVAILABLE__

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not __NO PROCESS AVAILABLE__

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __EIVAR ARROYO__
(print plaintiff's name)
who presently resides at __4436 Calle Real, SANTA BARBARA CA 93110__,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at __The SANTA BARBARA COUNTY Jail AND IN The City AND COUNTY OF SANTA BARBARA.__
(institution/city where violation occurred)

on (date or dates) __ONGOING__ (Claim I), __ONGOING__ (Claim II), __ONGOING__ (Claim III).

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __AL EMONDI__ (full name of first defendant) resides or works at
__675 North Randolph St. Arlington, VA 22203__ (full address of first defendant)
__(N³) Program Manager, D.A.R.P.A__ (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
__Armed Forces, Dept of Defence, Defense Advanced Research Project Agency__

2. Defendant __GAURAV SHARMA__ (full name of first defendant) resides or works at
__UNKNOWN__ (full address of first defendant)
__Research Team Leader, (N³) Project__ (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
__Works in Active Concert for D.A.R.P.A (N3) Project under Armed Forces - Co-Contractor__

3. Defendant __PATRICK GANZER__ (full name of first defendant) resides or works at
__UNKNOWN__ (full address of first defendant)
__Researcher N³ Project__ (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
__Works in Active Concert for D.A.R.P.A N³ Project under Armed Forces - Co-Contractor__

4. Defendant  SAKHRAT KHIZROEV  resides or works at
   (full name of first defendant)
   UNKNOWN
   (full address of first defendant)
   RESEACHER ENGINEER, (N³) PROJECT
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
CO-CONTRACTED UNDER THE DEPARTMENT OF DEFENSE FOR THE N3 BRAIN STORM PROJECT, ARMED FORCES

5. Defendant  JACOB ROBINSON  resides or works at
   (full name of first defendant)
   UNKNOWN
   (full address of first defendant)
   RESEACH TEAM LEADER N³ PROJECT
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
CO-CONTRACTED FOR THE DEPARTMENT OF DEFENSE (N³) BRAIN STORM PROJECT

THE FOLLOWING INDIVIDUALS ARE ALSO SUED IN THEIR OFFICIAL CAPACITY, AND WORK IN ACTIVE CONCERT ON THE DARPA N3 BRAIN-STORM PROJECT FOR THE DEPARTMENT OF DEFENSE/ARMED FORCES, THEIR ADDRESSES ARE ALSO UNKNOWN: DEFENDANT 6. PATRICK CONNOLLY, DEFENDANT 7. DAVID BLODGETT, DEFENDANT 8. PULKIT GROVER, DEFENDANT 9. KRISHNAN THYGARAJAN, DEFENDANT 10. MICHAEL D'ZMURA, DEFENDANT 11. THOMAS NASELARIS, DEFENDANT 12. PING LIANG.

ANY AND ALL OTHER PERSON(S) THAT ARE DIRECTLY IN ACTIVE CONCERT ON THE "NEXT GENERATION NEUROTECH-NOLOGY (N3), BRAIN STORM PROGRAM ARE ALSO SUED IN THEIR OFFICIAL CAPACITY PURSUANT TO BIVENS V. SIX UNKNOWN FEDERAL AGENTS (1971) 403 U.S. 388 DUE TO THEIR UNKNOWN OR HIDDEN IDENTITIES. THEIR ADDRESSES ARE ALSO UNKNOWN

ALSO SUED IN THEIR OFFICIAL CAPACITY PURSUANT TO BIVENS V. SIX UNKNOWN FEDERAL AGENTS DUE TO THEIR UNKNOWN OR HIDDEN IDENTITIES ARE ANY AND ALL PERSON(S) THAT ARE RESPONSIBLE FOR REPORTING ETHIC'S OR LAW VIOLATIONS IN THE N3 "BRAIN STORM" PROGRAM DUE TO THEIR OMISSIONS AND LACK OF DUTIES CONCERNING SUCH OUTRAGOUS VIOLATIONS OF LAW AND CONSTITUTIONAL PRINCIPALS. THE ADDRESSES TO THESE PERSON(S), THAT ARE RESPONSIBLE FOR ETHIC'S CONCERNS, ARE ALSO UNKNOWN

D. CLAIMS*

CLAIM I

The following civil right has been violated:

4th AMENDMENT to the U.S. CONSTITUTION
5th AMENDMENT to the U.S. CONSTITUTION
6th AMENDMENT to the U.S. CONSTITUTION
8th AMENDMENT to the U.S. CONSTITUTION
14th AMENDMENT to the U.S. CONSTITUTION

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

The Above Entitled Defendants used MR. ARROYO as a Human Guinea Pig, without his consent, for the purpose of Neuro Weapons Development. In Doing so Defendants Deliberately Harrassed Tormented, Tortured, Gaslighted, ~~Attempted to MR. Manolo on his food trying to kill him, testing the Neuroweapons potential~~. As a result ~~Mr. Aguilar~~ He has suffer brain damage. These facts should suffice the 8th Amendment and 14th Amendment. In addition the Defendants continued the same said Neuro weapons Research & Development while He ~~Mr. Aguilar~~ was a pretrial Detainee at the Santa Barbara County. In doing so, while in pretrial process, the Defendants worked in active concert to directly

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

control MR. ARROYO'S ~~MR. Aguilar's~~ behaviour by inserting and manipulating his thoughts perception, dreams, memory, and emotions. They altered his mental states via, inter alia, neuro modulation - disarranging the neurons in ~~Mr. Aguilar's~~ his brain in a harmful way and intentionally causing hemorrhages by puncturing his blood brain barrier, (devices omited for trial evidence), degrading his cognitive functions and unlawfully distructing his brain. This should suffice for a 5th 6th 8th and 14th amendment violation.

~~Mr. Aguilar~~ has NO loss of his 4th amendment right. ~~However that loss has limitations he agreed to a search of his personal and property and to urinalysis if requested by law enforcement.~~ The Department of Defense was not in ~~Mr. Aguilar's~~ seach clause agreement neither was an agreement made to allow the DOD to "hack his brain" for any purpose including neuroweapons research and development, destructfull brain reseach. This should suffice for the 4th 8th and 14th amendment violations

This case is extremely important to our countrys democracy future servival and ~~continuation~~ (1)

5 of 6

FREEDOM. THE TIME HAS COME FOR A CONSTITUTIONAL STAND TO BE MADE IN OUR COUNTRY IN THE CORRECT WAY IN THE RIGHT DIRECTION.

These BIO-NANO-NEURO technologies ARE Being Researched AND Developed WORLD WIDE COMPETITIVELY. However MOST OF which Have Very DIFFERENT VALUES STANDARDS AND PRINCIPALS than the UNITED STATES. SOME ARE COMMUNIST SOME ARE WORSE Than that. The AMERICAN BRAIN INITATIVE The MINERVA INITITIVE AND the INNOVATION AND COMPETITIVE ACTS DO NOT SUPERSEDE OUR CONSTITUTION/BILL OF Rights. This REMINDS ME OF the NUREMBERG TRIALS But this is Not Nutzi GERMANY.

Please Take Notice OF the SERIOUSNESS OF this MATTER(S) AND The FlagRant HUMAN Right AND CONSTITUTIONAL VIOLATION when SCReeNing This Civil Right ACTION

Also take Notice that Due to DEFENDANTS ACTIONS MR. ARROYO [Aguilar struck through] is NOT ABLe to PRePare His own LAWSuit NOR is He tRained in the LAW OR Legal PROceDURES. MR. AguilAR DoeS NoT HAVE AN AttoRney AND is USing AN iNmate Charles BowerMASTER TO SUBMIT This LAWSUIT

6 OF 6

whom of which is not trained in the law. So please consider these issues when screening this case

Also please consider the history of the Act under which Mr. Aguilar is moving for his damages, (42 U.S.C § 1983). The KKK Act was especially designed for illiterate indigent people that were not trained in the law and could not afford to pay for attorneys and could not even spell, or count change. Black people were not allowed to go to school work most places or even go into most stores. But they were, in fact, allowed to access the courts for redress. And to be free from murder torture harrassment bias prejudice and most of all arbitrary abuse of government power.

5 of 6  ~~~~~~ (3)

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Severe Pain & Suffering
Severe Mental Distress
Brain Damage(s)
Property Damage Loss
Loss of Liberty
Punitive Damages
Monetary Damages in the sum of 3,000,000.00
Injunctive Relief
Elstoppel

1-21-2022
*(Date)*

_____
*(Signature of Plaintiff)*



